SAMUEL MOORE AND THOMAS J. KENNEY *v.* JAMES M. STONE.

**Highways—Abandonment of Public Road.**
> The close proximity of a public road, constantly used, to one beneficial only to a few nearby private individuals, where it is shown that there is not sufficient labor, to keep in repair both, will justify the abandonment of the lesser used road by order of the court.

**Words and Phrases—Description.**
> The use of the words "about ten feet north" in a suit for a discontinuance of a public road, to designate the terminus of the part of the road sought to have abandoned, is held sufficiently certain as a description of the point it was desired to discontinue at.

APPEAL FROM SCOTT CIRCUIT COURT.

December 13, 1867.

This was an action brought in the Scott county court to close a certain road, which is alleged to be little traveled, and expensive to keep in repair. The road was less than a mile in length, and only two parties lived on same, one of whom was in favor of closing it. Another public road, was within a short distance, paralleling it within a half to three-quarters of a mile. The evidence showed that the road would be of no particular injury except to appellant Kenney, and would only affect him to the extent of causing him to drive about half a mile further to reach the turnpike, to which both roads lead, in a parallel line. That the road had

not been worked for years, was travelled but little; not in condition for vehicles to travel it, with safety, and if compelled to be worked, sufficient hands could not be found to keep it in repair without neglect to the other and more traveled public road, running parallel thereto, and which was constantly used by the public generally.

From a judgment, ordering the closing of the road, defendants appeal.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The almost entire neglect to work and improve the mill-road for several years and its almost wholly unfitness for passage of carriages, wagons or other vehicles, strongly indicate its public insignificance. Besides the evidence preponderates to establish that few, if ever, horseback travellers used this road.

The close contiguity of this road to other more used public roads and the necessity to concentrate the labor so as to improve the more important ones, so as to make these safe and convenient for the public, authorized the circuit court to adjudge discontinuance. We also think that *"about ten feet north"* of a designated gate is sufficiently certain as a description of the point it was desired to discontinue at; this literally signifies *"near to"* a point ten feet from the gate, and means less than a foot either over or under ten, and legally means ten feet from the gate as heretofore decided by this court.

Judgment affirmed.

*Darnaby, for appellant.*

*Beck Prewitt, for appellee.*